UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES OSSAWA WOOD,<br><br>             Petitioner,<br><br>vs.<br><br>JAMES A. YATES, WARDEN,<br><br>             Respondent. | Case No. CV 08-3630-RSWL(RC)<br><br>(1) ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND<br>(2) ORDER DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's tardy reply or traverse and declaration and objections to the Report and Recommendation, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

1  This Court finds an appeal would not be taken in good faith, and
2  that petitioner has not made a substantial showing that he has been
3  denied a constitutional right, for the reasons set forth in the Report
4  and Recommendation of the United States Magistrate Judge; accordingly,
5  a certificate of appealability should not issue under 28 U.S.C.
6  § 2253(c)(2) and Fed. R. App. P. 22(b). <u>Slack v. McDaniel</u>, 529 U.S.
7  473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Mayfield v.
8  Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

10  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11  Order, the Magistrate Judge's Report and Recommendation and Judgment
12  by the United States mail on petitioner.

14  DATED:    November 16, 2010

15                              RONALD S.W. LEW
16                      _____
                              RONALD S.W. LEW
                     SENIOR UNITED STATES DISTRICT JUDGE

19  R&Rs\08-3630.ado2
    11/15/10