UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT JAMES OSSAWA WOOD,          ) Case No. CV 08-3630-RSWL(RC)
                                   )
                    Petitioner,    )
                                   )  JUDGMENT
vs.                                )
                                   )
JAMES A. YATES, WARDEN,            )
                                   )
                    Respondent.    )
_____)

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

    DATE: November 16, 2010

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

R&R\08-3630.jud
9/22/10